# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOVEREIGN PEAK VENTURES, LLC, | § |
| *Plaintiff*, | § |
| v. | § Case No. 2:21-cv-00209-JRG-RSP |
| HISENSE CO., LTD., ET AL., | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Joint Stipulation for Dismissal with Prejudice[1] filed by Plaintiff Sovereign Peak Ventures, LLC and Defendants Hisense International Co., Ltd. and Hisense Visual Technology Co., Ltd. (Dkt. No. 34.)

Having considered the Motion, and in light of its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, all pending claims and causes of action in this case by and between the Parties are **DISMISSED WITH PREJUDICE**. It is **ORDERED** that each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 8th day of February, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

---

[1] Though the parties styled the Motion as a "Joint Stipulation," the body of the Motion states that the parties are moving under Federal Rule of Civil Procedure 41(a)(2). The Court, therefore, will treat what has been styled as a "Joint Stipulation" as a joint motion under 41(a)(2).